UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR.S-08-057 MCE |
| v. ) | |
| ) | |
| **DAVID BROWN** ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                         () Ad Testificandum

Name of Detainee:         DAVID BROWN, JR.
Detained at (custodian):   RIO COSUMNES CORRECTIONAL CENTER
Detainee is:      a.)    () charged in this district by:   (X) Indictment  () Information  () Complaint
                              charging detainee with: <u>Possession with Intent to Distribute Cocaine Base (Crack)</u>
    or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    () return to the custody of detaining facility upon termination of proceedings
    or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

        Signature:                     /s/ Anne Pings
        Printed Name & Phone No:  AUSA ANNE PINGS (916) 554-2785
        Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                        () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee **FORTHWITH** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: February 29, 2008.

*/s/ Kimberly J. Mueller*

United States District/Magistrate Judge
KIMBERLY J. MUELLER

---

Please provide the following, if known:

AKA(s) (if applicable):    _____    Male
Booking or CDC #:      X-REF 2352969                                     DOB:  04/29/80
Facility Address:       12500 BRUCEVILLE ROAD                      Race:
                            ELK GROVE, CA 95757                            FBI #:
Facility Phone:        (916) 874-1927
Currently Incarcerated For:  PAROLE HOLD - PAROLE VIOLATION

---

### RETURN OF SERVICE

Executed on  _____        By: _____
                                                                    (Signature)