```
1   HAYES H. GABLE III
    Attorney at Law
2   State Bar No. 60368
    428 J Street, Suite 350
3   Sacramento, CA 95814
    (916) 446-3331
4   Fax: (916) 447-2988

5   Attorney for Defendant
    DAVID BROWN, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>          Plaintiff, <br><br>     vs. <br><br> **DAVID BROWN, JR.** <br><br>          Defendant(s). | No. 2:08-cr-00057-MCE <br><br> **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** <br><br> Hon. Morrison C. England, Jr. |

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Anne Pings, and defendant David Brown, Jr., by and through his counsel, Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, May 1, 2008, and to continue the matter to June 5, 2008, at 9:00 a.m., for status conference.

The reason for this continuance is that the defendant is continuing to investigate the facts of this case and requires additional time to complete the investigation.  The parties further agree and stipulate that the period for the filing of this stipulation until June 5, 2008, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

DATE: April 28, 2008

        s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant
**DAVID BROWN, JR.**

DATE: April 28, 2008

        s/Hayes H. Gable, III for
**ANNE PINGS**
Asst. U.S. Attorney

## ORDER FINDING EXCLUDABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to June 5, 2008. The court finds excludable time in this matter from April 28, 2008, through June 5, 2008,, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated: May 1, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE