HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
DAVID BROWN, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BROWN, JR.<br><br>Defendant(s). | No. 2:08-cr-00057-MCE<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**<br><br>Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Anne Pings, and defendant David Brown, Jr., by and through his counsel, Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, July 3, 2008, and to continue the matter to August 14, 2008, at 9:00 a.m., for status conference.

The reason for this continuance is that the defendant is continuing to investigate the facts of this case and requires additional time to complete the investigation and attempt to negotiate a disposition with the Government.

///

///

///

1  The parties further agree and stipulate that the period for the filing of this stipulation until August
2  14, 2008, should be excluded in computing time for commencement of trial under the Speedy
3  Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code
4  T4, to allow continuity of counsel and to allow reasonable time necessary for effective
5  presentation.
6     It is further agreed and stipulated that the need of defense counsel to prepare exceeds the
7  public's interest in commencing trial within 70 days.
8     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
9  IT IS SO STIPULATED
10 DATE: June 30, 2008

11              s/Hayes H. Gable, III
                **HAYES H. GABLE, III**
12              Attorney for Defendant
                **DAVID BROWN, JR.**
13
   DATE: June 30, 2008
14              s/Hayes H. Gable, III for
                **ANNE PINGS**
15              Asst. U.S. Attorney

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**ORDER FINDING EXCLUDABLE TIME**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to August 14, 2008. The court finds excludable time in this matter from July 3, 2008, through August 14, 2008,, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated: July 2, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE